UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                                     :
KAWS, INC.,                                     :
                                                                     : **SCHEDULING ORDER**
                                            Plaintiff,    :
               -against-                             : 22 Civ. 6721 (AKH)
                                                                     :
DEFENDANT INTERNET COMPANIES et al.,   :
                                                                     :
                                                Defendants.   :
                                                                     :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The hearing scheduled for September 15, 2022 at 4:00 p.m. is hereby adjourned to September 15, 2022, at 10:30 a.m., in Courtroom 14D.

        SO ORDERED.

Dated:     September 12, 2022                /s/ Alvin K. Hellerstein
               New York, New York            ALVIN K. HELLERSTEIN
                                                      United States District Judge