UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAWS,

                              Plaintiff,                              22 CIVIL 6721 (AKH)

               -against-                              **DEFAULT JUDGMENT**

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A HERETO,

                            Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2023, Plaintiff's motion is granted.  Judgment is entered in Plaintiffs favor against each Defaulting Defendant identified in the schedule attached to the Order in the amount of $25,000 in statutory damages. Post-judgment interest is also awarded "calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 196l(a); accordingly, the case is closed.

**Dated:**  New York, New York
           February 1, 2023

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                     **BY:**   *K. Mango*

                                                        **Deputy Clerk**